**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 21-cv-01054-RM-MEH

DEREDIZ TORRES,

     Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

     Defendant.

---

**ORDER OF TRANSFER**

---

     This matter is before the Court on review of the file and Defendant's Notice of Related Cases (ECF No. 12), stating this case has common facts, claims, and parties in common with Case No. 20-cv-00706-LTB-SKC.  Based on these commonalities, the Court finds that transferring the case to Judge Babcock would serve the interests of justice and judicial economy. Accordingly, pursuant to D.C.COLO.LCivR 40.1(a) and 40.1(d)(4)(B), and with the approval of the Chief Judge and the consent of Judge Babcock, it is

     ORDERED that the Clerk shall transfer this case to Judge Babcock.

     DATED this 20th day of July, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge