# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01054

    DEREDIZ TORRES
    Plaintiff;

v.

    CHERRY CREEK SCHOOL DISTRICT NO. 5,
    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Derediz Torres ("Plaintiff") and Defendant Cherry Creek School District No. 5 ("Defendant") (collectively, "the Parties"), by and through counsel, and hereby submit this Stipulation of Dismissal with Prejudice.

1. The Parties have reached a full and final settlement of Plaintiff's claims. The Parties have exchanged and executed the settlement agreement paperwork.
2. In accordance with the terms of the settlement agreement, and pursuant to Fed. R. Civ. P. 41(a)(ii) the Parties stipulate to the dismissal of Plaintiff's claims with prejudice.
3. Each party will bear their own costs and attorney fees.

WHEREFORE, the Parties hereby stipulate to the dismissal of Plaintiff's claims with prejudice.

DATED: June 14, 2023

*s/ Igor Raykin*
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC

2851 South Parker Road, Suite 150
Aurora, CO 80014
Tel: (720) 748-8888
Fax: (720) 748-8894
igor@coloradolawteam.com
michael@coloradolawteam.com
***Attorneys for Plaintiff***


*s/ Eliott V. Hood*
Elliott V. Hood, Esq.
M. Gwyneth Whalen, Esq.
Caplan and Ernest
3107 Iris Avenue, Suite 100
Boulder, CO 80301
Phone: 303-443-8010
ehood@celaw.com
gwhalen@celaw.com
***Attorneys for Defendant***


# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.


*s/ Krystle Jennings*
Krystle Jennings